UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, SR., AND LESLEY McSPADDEN, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Cause No: 4:15-cv-00831-ERW ) ) |
| CITY OF FERGUSON, MISSOURI, FORMER POLICE CHIEF THOMAS JACKSON, AND FORMER POLICE OFFICER DARREN WILSON, | ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants. | ) ) |

# *DEFENDANTS' MOTION TO FILE UNDER SEAL*

COMES NOW Defendants, City of Ferguson, Missouri, Former Police Chief Thomas Jackson, and Former Police Officer Darren Wilson ("Defendants"), by and through their attorneys, and for their Motion to File Under Seal, state as follows:

1. Exhibit A to this Motion to File Under Seal is a list of identities for known witnesses that testified before the grand jury in the matter of *State of Missouri v. Darren Wilson*.

2. Given the safety and confidentiality concerns regarding witness identities, the filing of Exhibit A to this Motion to File Under Seal on PACER has been redacted.

3. Counsel for Defendants will personally deliver an un-redacted hard copy of Exhibit A to the Court.

4. The un-redacted version will also be disclosed to Plaintiffs' counsel.

{01594476.DOCX;1}

WHEREFORE, Defendants respectfully requests that this Court grant Defendants' Motion to File Under Seal and for such other and further relief as this Court deems just and proper.

/s/Peter J. Dunne
Peter J. Dunne   #31482
Robert T. Plunkert  #62064
PITZER SNODGRASS, P.C.
Attorneys for Defendants City of Ferguson, Missouri, Former Police Chief Thomas Jackson, and Former Police Officer Darren Wilson
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
Email: dunne@pspclaw.com
Email: plunkert@pspclaw.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 7th day of March, 2016, to be served by operation of the Court's electronic filing system upon the following:

Anthony D. Gray
7710 Carondelet Ave., Suite 303
Clayton, Missouri 63105
agray@johnsongraylaw.com
Telephone: 314-385-9500
Fax: 314-594-2052
Attorney for Plaintiffs

Daryl D. Parks (pro hac vice)
Benjamin L. Crump (pro hac vice)
Jasmine O. Rand (pro hac vice)
240 North Magnolia Drive
Tallahassee, Florida 32301
dparks@parkscrump.com
bcrump@parkscrump.com
jasminerand@parkscrump.com
Telephone: 850-222-3333
Fax: 850-224-6679
Co-Counsel for Plaintiffs

Greg Kloeppel
9620 Lackland Road
St. Louis, Missouri 63114
gregkloeppel@kloeppellaw.com
Telephone: 314-423-8003
Fax: 314-423-8054
Co-Counsel for Defendant Darren Wilson

/s/ Peter J. Dunne

2