# IN THE CIRCUIT COURT OF COLE COUNTY, MISSOURI

| | | |
|---|---|---|
| ST. LOUIS COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No. 12AC-CC00801 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Affidavit of Jon Belmar

1. I am the Chief of the St. Louis County Police Department ("SLCPD") and have served in that position since January 31, 2014.

2. Just after midnight on August 12, 2014, persons posting as @TheAnonMessage posted a photo of my home, as well as my address, home phone number, and the names of my wife and children. Minutes later, someone posted photos of my son, my wife, and my daughter. That afternoon, TheAnonMessage threatened: "Jon Belmar, if you don't release the officer's name, we're releasing your daughter's info. You have one hour." Imposters then applied for loans and credit in my name.

3. A few days after the shooting of Michael Brown by City of Ferguson Police Officer Darren Wilson, hackers crashed St. Louis County's e-mail servers.

4. While SLCPD was investigating the shooting of Michael Brown, someone hacked into cell phones used by SLCPD detectives for police business, and sent disturbing counterfeit text messages.

5. During this same time period, someone hacked into the home computer system of a family member of a SLCPD detective, causing the computer screen to flash: "We know you are a white police officer and we are going to kill you."

EXHIBIT B

6. Four days after the St. Louis Post-Dispatch published an article that named a SLCPD officer connected with the investigation of the shooting of Michael Brown, a car full of persons with criminal histories drove slowly through his secluded neighborhood and pointed their fingers at his house. This caused the officer to fear for the safety of his young children and take extra security measures to protect them.

7. These are just a few of the examples of the attacks on SLCPD officers and their families that occurred while SLCPD was investigating the shooting death of Michael Brown.

*Jon Belmar*

STATE OF MISSOURI    )
                     ) SS
COUNTY OF ST. LOUIS  )

Jon Belmar, to me personally known, upon his own free will and volition, appeared before me on April __1__, 2016, and after being duly sworn, read and signed the foregoing affidavit.

*Notary Public*

My commission expires: 4-15-2017

```
ROBERT E. FOX, JR.
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: April 15, 2017
Commission # 13691757
```

2