UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, SR., AND LESLEY McSPADDEN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Cause No: 4:15-cv-00831-ERW<br>)<br>) |
| CITY OF FERGUSON, MISSOURI, FORMER POLICE CHIEF THOMAS JACKSON, AND FORMER POLICE OFFICER DARREN WILSON, | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## *PLAINTIFFS AND DEFENDANTS' JOINT MEMORANDUM TO COURT REGARDING DOCUMENT PRODUCTION OF ST. LOUIS COUNTY PROSECUTING ATTORNEY'S OFFICE AND ST. LOUIS COUNTY POLICE DEPARTMENT*

COME NOW Plaintiffs and Defendants and hereby notify the Court that as of June 9, 2016, counsel for the St. Louis Prosecuting Attorney's Office has informed the parties it anticipated producing records in connection with this Court's Order (Doc. No. 105, June 6, 2016) in approximately six weeks time. This was the earliest date by which it was expected by counsel that the requested documents and records could be produced. Counsel for St. Louis County Police Department estimated six weeks to produce records as well.

The parties are mindful and respectful of this Court's Amended Case Management Order (Doc. No. 97; May 13, 2016), and will persevere to litigate the matter diligently and effeciently . Should the delay in the production of records referenced above interfere with the parties ability

{01664541.DOCX;1}

to comply with the Amended Case Management Order, the parties will inform the Court at that time.

    /s/Peter J. Dunne
Peter J. Dunne   #31482
Robert T. Plunkert  #62064
PITZER SNODGRASS, P.C.
Attorneys for Defendants City of Ferguson, Missouri, Former Police Chief Thomas Jackson, and Former Police Officer Darren Wilson
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
Email: dunne@pspclaw.com
Email: plunkert@pspclaw.com

    /s/Anthony D. Gray
Anthony D. Gray, 51534MO
JOHNSON GRAY LLC
Attorney for Plaintiffs
7710 Carondelet Ave, Suite 303
Clayton, Missouri 63105
Phone (314) 385-9500
Fax (314) 594-2052
Email: agray@johnsongraylaw.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 13th day of June, 2016, to be served by operation of the Court's electronic filing system upon the following:

Anthony D. Gray
319 North 4th Street, Suite 212
St. Louis, Missouri 63102
agray@johnsongraylaw.com
Attorney for Plaintiffs

Daryl D. Parks (pro hac vice)
Benjamin L. Crump (pro hac vice)
Jasmine O. Rand (pro hac vice)
240 North Magnolia Drive
Tallahassee, Florida 32301
dparks@parkscrump.com
bcrump@parkscrump.com
jasminerand@parkscrump.com
Co-Counsel for Plaintiffs

Ronald S. Sullivan, Jr. (pro hac vice)
6 Everett Street, Suite 5116
Cambridge, Massachusetts 02138
prof.ron.sullivan@gmail.com
Co-Counsel for Plaintiffs

Greg Kloeppel
9620 Lackland Road
St. Louis, Missouri 63114
gregkloeppel@kloeppellaw.com
Co-Counsel for Defendant Darren Wilson

Cynthia Hoemann
Linda S. Wasserman
Office of County Counselor
St. Louis County Government Center
41 S. Central Ave., 9th Floor
Clayton, Missouri 63105
choemann@stlouisco.com
lwasserman@stlouisco.com
Attorneys for Movant St. Louis County Office
of the Prosecuting Attorney

David M. Glass
Department of Justice, Civil Division
20 Mass. Ave., N.W., Room 7200
Washington, D.C. 20530-0001
david.glass@usdoj.gov
Attorney for the United States

/s/ Peter J. Dunne