UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, SR., et al., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV00831 ERW |
| CITY OF FERGUSON, MISSOURI, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on Plaintiff Lesley McSpadden's Partial Motion to Quash or Modify Subpoena for Deposition Duces Tecum Directed to Lyah Leflore and Notice of Objection to Same [ECF No. 108]. After a telephone hearing with arguments from the parties,

**IT IS HEREBY ORDERED** that Plaintiff Lesley McSpadden's Motion to Quash [ECF No. 108] is **GRANTED, in part** and **DENIED, in part**.

**IT IS FURTHER ORDERED** that the subpoena duces tecum shall be limited in the following manner:

Communications[1] between Ms. McSpadden and Lyah Leflore will be limited to those occurring after the death of Michael Brown, Jr. Defense counsel will be permitted to question Ms. Leflore in the deposition regarding a prior relationship with Ms. McSpadden and may be permitted to seek further communications after the deposition.

Documentation[2] requested in the subpoena will be limited to events occurring

---

[1] "Communications" includes text messages, e-mails, social media messages and postings, letters, notes and documents (including electronic documents and drafts) generated in the process of co-authoring and publishing "Tell the Truth & Shame the Devil: The Life, Legacy, and Love of My Son Michael Brown."

[2] Unless specified otherwise, "documentation" includes the same material specified in footnote 1.

after the birth of Michael Brown, Jr. Defense counsel will be permitted to raise questions in the deposition regarding events prior to the birth and may be permitted to seek further documentation after the deposition.

Any communications between Ms. McSpadden and her attorneys, Anthony Gray, Benjamin Crump, Daryl Parks, Jasmine Rand, and Ronald Sullivan, shall be produced to the Court for an *in camera* inspection to determine if the attorney-client privilege applies prior to their production to defense counsel.

So Ordered this 22nd Day of July, 2016.

*[signature: E. Richard Webber]*

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE