UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, SR., et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CV00831 ERW |
| ) | |
| CITY OF FERGUSON, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** the St. Louis County Office of the Prosecuting Attorney make available for pick up, by the parties, redacted copies of police reports approved by the Court. The Court has determined certain names should be redacted because they have no relevance to the facts or issues in this matter and their names only appear incidentally in the report. After conducting an *in camera* review of the police reports, the Court ordered the St. Louis County Office of the Prosecuting Attorney to redact those names the Court found need not be disclosed. These reports are to be used by the parties under the terms of the protective order issued by this Court on June 6, 2016.

Dated this 20th Day of October, 2016.

*[signature: E. Richard Webber]*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE