UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, SR., et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15CV00831 ERW |
| CITY OF FERGUSON, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Counsel's Motion for Clarification of Admonition of the Court, Notice of Filing Comments, and Suggested Changes to Oath [ECF No. 110].

Earlier, the Court indicated it would delete the following sentences from what was styled "Admonition of the Court": "Attorneys are prohibited from engaging in press releases or disclosing any information to news media without prior approval of the Court or an appellate court. Attorneys are under strict orders not to discuss any information learned while participating in the case except to the Court, parties they represent, opposing counsel in the case, or to an appellate court."

The Court concurs "Admonition" was a poor choice of words. The Court intended the "Admonition" to be read by the person before signing the "oath" for the purpose of gaining information about the obligation incurred in signing the oath. As earlier explained, attorneys are expected to abide by their oath and will not be asked to sign the appended oath.

The Court has reviewed what was formerly called an "Admonition" and now is called "Introduction Before Oath is Administered." Persons signing the oath are required to read this Introduction.

**IT IS HEREBY ORDERED** the Motion for Clarification of Admonition of the Court, Notice of Filing Comments, and Suggested Changes to Oath [ECF No. 110] is **GRANTED, in part**.

Dated this 9th Day of November, 2016.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE