UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, SR., et al., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV00831 ERW |
| CITY OF FERGUSON, MISSOURI, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendants' Motion for Protective Order Regarding Federal Documents [ECF No. 130]. Defendants request the Court enter the protective order attached to their motion to cover material produced by the United States to the parties in this matter. The Court has thoroughly reviewed the proposed protective order and finds it should be entered in this matter.

In their response, Plaintiffs suggest the Court deemed an oath, similar to the addendum attached to the protective order in this motion, unnecessary. The Court disagrees. Only "Counsel," "Counsel for Plaintiffs," and "Counsel for Defendants" are excused from taking the oath. All other persons permitted access to the material, as allowed under the protective order, must take the oath prior to receiving or viewing any of the protected material.

**IT IS HEREBY ORDERED** the Defendants' Motion for Protective Order Regarding Federal Documents [ECF No. 130] is **GRANTED**.

Dated this 9th Day of November, 2016.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE

1