UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, SR., AND LESLEY McSPADDEN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Cause No: 4:15-cv-00831-ERW ) ) |
| CITY OF FERGUSON, MISSOURI, FORMER POLICE CHIEF THOMAS JACKSON, AND FORMER POLICE OFFICER DARREN WILSON, | ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants. | ) |

## *DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFF MICHAEL BROWN, SR.*

COME NOW, Defendants, City of Ferguson, Missouri, Former Police Chief Thomas Jackson, and Former Police Officer Darren Wilson, and for their Second Set of Interrogatories to Plaintiff Michael Brown, Sr., state:

47. Please identify any and all social media accounts (including without limitation Facebook, Instagram, Twitter, linkedin, My Space, Vine, Snapchat, YouTube, SoudCloud, blog sites, podcasts, etc.) of yours and of Michael O.D. Brown.

    **ANSWER:**

48. Please identify all cell phones and the corresponding carriers you have had from August 9, 2014, to the present.

    **ANSWER:**

49. Please identify each and every interview you have had with a member of the news media regarding the subject allegations and/or the death of Michael O.D. Brown. Please do so by date, news agency, and individual.

    **ANSWER:**



EXHIBIT 3

{01664862.DOCX;1}

|  | /s/Peter J. Dunne |
|---|---|
|  | Peter J. Dunne   #31482 |
|  | Robert T. Plunkert  #62064 |
|  | PITZER SNODGRASS, P.C. |
|  | Attorneys for Defendants City of Ferguson, Missouri, Former Police Chief Thomas Jackson, and Former Police Officer Darren Wilson |
|  | 100 South Fourth Street, Suite 400 |
|  | St. Louis, Missouri 63102-1821 |
|  | (314) 421-5545 |
|  | (314) 421-3144 (Fax) |
|  | Email: dunne@pspclaw.com |
|  | Email: plunkert@pspclaw.com |

A copy of the foregoing was emailed on this 27th day of June, 2016, to:

| | |
|---|---|
| Anthony D. Gray | Daryl D. Parks (pro hac vice) |
| 319 North 4th Street, Suite 212 | Benjamin L. Crump (pro hac vice) |
| St. Louis, Missouri 63102 | Jasmine O. Rand (pro hac vice) |
| agray@johnsongraylaw.com | 240 North Magnolia Drive |
| Attorney for Plaintiffs | Tallahassee, Florida 32301 |
| | dparks@parkscrump.com |
| | bcrump@parkscrump.com |
| | jasminerand@parkscrump.com |
| | Co-Counsel for Plaintiffs |
| | |
| Ronald S. Sullivan, Jr. (pro hac vice) | Greg Kloeppel |
| 6 Evertett Street, Suite 5116 | 9620 Lackland Road |
| Cambridge, Massachusetts 02138 | St. Louis, Missouri 63114 |
| prof.ron.sullivan@gmail.com | gregkloeppel@kloeppellaw.com |
| Co-Counsel for Plaintiffs | Co-Counsel for Defendant Darren Wilson |

|  | /s/ Peter J. Dunne |
|---|---|