UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, SR., AND LESLEY McSPADDEN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FERGUSON, MISSOURI, FORMER POLICE CHIEF THOMAS JACKSON, AND FORMER POLICE OFFICER DARREN WILSON, <br><br> Defendants. | ) ) ) ) ) ) Cause No: 4:15-cv-00831-ERW ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

# *DEFENDANTS' SECOND REQUEST FOR PRODUCTION TO PLAINTIFF LESLEY MCSPADDEN*

COME NOW, Defendants, City of Ferguson, Missouri, Former Police Chief Thomas Jackson, and Former Police Officer Darren Wilson, and for their Second Request for Production to Leslie McSpadden, state:

45. Please produce (or allow for inspection pursuant to F.R.C.P. 34) all accounts of Michael O.D. Brown identified in your Answer to Interrogatory 47, and all accounts of yours identified in your Answer to Interrogatory 47 pertaining to your allegations in the Complaint (and any amendments thereto).

    **RESPONSE:**

46. Please produce all documentation (including without limitation notes, letters, e-mails, correspondence, voice messages, text messages, drafts, etc.) exchanged between you and any individual assisting in the process of releasing your book "Tell the Truth & Shame the Devil" (including Lyah Beth LeFlore, any assistants with publishing and editing, etc.).

    **RESPONSE:**

{01664836.DOCX;1}

**EXHIBIT 9**

|  |
|---|
| /s/Peter J. Dunne |
| Peter J. Dunne   #31482 |
| Robert T. Plunkert  #62064 |
| PITZER SNODGRASS, P.C. |
| Attorneys for Defendants City of Ferguson, Missouri, Former Police Chief Thomas Jackson, and Former Police Officer Darren Wilson |
| 100 South Fourth Street, Suite 400 |
| St. Louis, Missouri 63102-1821 |
| (314) 421-5545 |
| (314) 421-3144 (Fax) |
| Email: dunne@pspclaw.com |
| Email: plunkert@pspclaw.com |

A copy of the foregoing was emailed on this 27th day of June, 2016, to:

Anthony D. Gray
319 North 4th Street, Suite 212
St. Louis, Missouri 63102
agray@johnsongraylaw.com
Attorney for Plaintiffs

Daryl D. Parks (pro hac vice)
Benjamin L. Crump (pro hac vice)
Jasmine O. Rand (pro hac vice)
240 North Magnolia Drive
Tallahassee, Florida 32301
dparks@parkscrump.com
bcrump@parkscrump.com
jasminerand@parkscrump.com
Co-Counsel for Plaintiffs

Ronald S. Sullivan, Jr. (pro hac vice)
6 Evertett Street, Suite 5116
Cambridge, Massachusetts 02138
prof.ron.sullivan@gmail.com
Co-Counsel for Plaintiffs

Greg Kloeppel
9620 Lackland Road
St. Louis, Missouri 63114
gregkloeppel@kloeppellaw.com
Co-Counsel for Defendant Darren Wilson

|  |
|---|
| /s/ Peter J. Dunne |