## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BROWN, SR., et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV00831 ERW |
| | ) | |
| CITY OF FERGUSON, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER

During the telephone conference held on December 14, 2016, the Court directed Plaintiffs to file a motion regarding their argument additional attorneys should be permitted to view confidential information under the protective orders issued in this case. The Court has since reviewed the docket and determined this issue has already been conclusively decided by the Court.

On August 1, 2016, Plaintiffs filed a motion to amend the protective order requesting additional lead counsel be designated because Plaintiffs were represented by separate counsel. On learning this information, the Court asked Plaintiffs' counsel to update the docket and enter their appearances according to which Plaintiffs they each represented. At that time, the Court was informed the docket was correct, and each attorney entered on behalf of Plaintiffs represented both Plaintiffs. On August 8, 2016, the St. Louis County Police Department and Office of the Prosecuting Attorney objected to Plaintiffs' request to amend the protective order.

On August 23, 2016, the Court denied Plaintiffs' motion to amend the protective order, which denied Plaintiffs' request to designate additional counsel under the protective order [ECF No. 122]. Plaintiffs are permitted to designate two attorneys, and two staff persons to access the

- 2 -

confidential information. Plaintiffs may designate two attorneys as staff persons, but only four individuals, in total, will be permitted access to the confidential information. Because the Court has already determined this issue, there is no need for Plaintiffs to file an additional motion regarding this matter.

    So Ordered this 15th Day of December, 2016.

                                            *E. Richard Webber* (signature)

                                            E. RICHARD WEBBER
                                            SENIOR UNITED STATES DISTRICT JUDGE