# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, SR., et al., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV00831 ERW |
| CITY OF FERGUSON, MISSOURI, et al., | ) |
| Defendants. | ) |

## ORDER

Pursuant to the telephone conference held on December 14, 2016, Defendants shall deliver to the Court, for *in camera* review, documents from the Division of Employment Security and City of Ferguson Internal Affairs. After receiving the documents, the Court will make a determination if the documents will be disclosed under a protective order.

So Ordered this 15th Day of December, 2016.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE