UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BROWN, SR., AND LESLEY McSPADDEN, | ) ) ) | |
| Plaintiffs, | ) ) ) | Cause No: 4:15-cv-00831-ERW |
| vs. | ) ) | |
| CITY OF FERGUSON, MISSOURI, FORMER POLICE CHIEF THOMAS JACKSON, AND FORMER POLICE OFFICER DARREN WILSON, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

# *JOINT NOTICE OF CLARIFICATION OF REPRESENTATION OF PLAINTIFFS' COUNSEL*

COME NOW, Plaintiff's Counsel for Lesley McSpadden in an attempt to Clarify for this Court the representation of Plaintiffs by their respective counsel.

Plaintiff Lesley McSpadden is represented by Daryl Parks, Esquire, Benjamin Crump, Esquire, Jasmine Rand, Esquire, and Ronald Sullivan, Esquire. Defendant Michael Brown, Sr. is represented by Anthony Gray, Esquire. Counsel for both Plaintiffs work collectively nearly every aspect of case to the extent possible for the purposes of judicial economy and efficiency.

**Dated this 22nd day of December, 2016.**

Respectfully submitted,

/s/Jasmine Rand

Jasmine Rand
RAND LAW, L.L.C.
2525 Ponce de Leon Blvd., Ste. 300

Miami, Florida 33134
Phone: (305) 906-0040
Fax: (305) 503-9235
*Appearing Pro Hac Vice for*
*Plaintiff McSpadden*


/s/Benjamin Crump
_____
Benjamin Crump
Parks & Crump, LLC
/s/ Daryl D. Parks
_____
Daryl D. Parks
Parks & Crump, LLC
240 N. Magnolia Drive
Tallahassee, FL 32301
Phone (850) 222-3333
Fax (850) 224-6679
jasminerand@gmail.com
bcrump@parkscrump.com
dparks@parkscrump.com
*Appearing Pro Hac Vice for*
*Plaintiff McSpadden*


/s/ Ronald S. Sullivan
_____
Ronald S. Sullivan, Jr., Esquire
1585 Massachusetts Avenue
Griswold 210
Cambridge, MA 02138
Phone (617) 496-4777
Fax (617) 496-2777
prof.ron.sullivan@gmail.com
*Appearing Pro Hac Vice for*
*Plaintiff McSpadden*


**Johnson Gray LLC**
/s/Anthony D. Gray
_____

Anthony D. Gray, 51534
7710 Carondelet Ave., Suite 303
Clayton, MO 63105
Phone (314) 385-9500
Fax (314) 594-2052
agray@johnsongraylaw.com
*Appearing for Plaintiff Brown*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on this 22nd day of December,

2016, a notice via electronic mail on the same day upon attorneys of record.

**/s/Jasmine Rand**
**Jasmine Rand**
Admitted Pro Hac Vice for
Plaintiff Lesley McSpadden
