UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** April 7, 2017    **Case No.** 4:15cv831 ERW

Brown, Sr., et al.,   v.   City of Ferguson, et al.,

**Judge** E. Richard Webber

**Court Reporter** R. Fiorino    **Deputy Clerk** M. Berg

**Attorneys for Plaintiff(s)** Anthony Gray, Jasmine Rand

**Attorneys for Defendant(s)** Robert Plunkert

**Parties present for** telephone conference to discuss pending matters.

Attorneys Present : _____

Proceedings commenced:   12:59 p.m.

Proceedings concluded:   1:34 p.m.