UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 5/10/2017  **Case No.** 4:15CV831 ERW

Brown  v.  City of Ferguson et al.

**Judge** Honorable E. Richard Webber

**Court Reporter** R. Fiorino  **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Anthony Gray

**Attorneys for Defendant(s)** Bob Plunkert, Peter Dunne, Ronald Norwood

**Parties present for** telephone status conference.  Schedule discussed. Expert disclosure deadline extended to May 31, 2017.

Attorneys Present : _____

Proceedings commenced:  1:30 p.m.

Proceedings concluded:  1:35 p.m.