**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

**COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS**

**Date** June 8, 2017                **Case No.** 4:15CV831 ERW

Brown, et al.,                        v. City of Ferguson, et al.,

**Judge** E. Richard Webber

**Court Reporter** R. Fiorino                **Deputy Clerk** M. Berg

**Attorneys for Plaintiff(s)** A. Gray, R. Sullivan, J. Rand, D. Parks

**Attorneys for Defendant(s)** R. Plunkert, P. Dunne, R. Norwood

**Parties present for** telephone status conference held under seal.

_____

_____

_____

_____

_____

_____

_____

_____

_____

Attorneys Present : _____

Proceedings commenced:     2:00

Proceedings concluded:     2:15