UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BROWN, SR., AND LESLEY McSPADDEN, | ) ) ) | |
| Plaintiffs, | ) ) ) | Cause No: 4:15-cv-00831-ERW |
| vs. | ) ) | |
| CITY OF FERGUSON, MISSOURI, FORMER POLICE CHIEF THOMAS JACKSON, AND FORMER POLICE OFFICER DARREN WILSON, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## *DEFENDANTS' MOTION TO FILE UNDER SEAL*

COME NOW, Defendants, City of Ferguson, Missouri, Former Police Chief Thomas Jackson, and Former Police Officer Darren Wilson, and for their Motion to File Under Seal, state as follows:

1.     Defendants seek to respond to Doc. No. 200 and its attached exhibits.

2.     For reasons more fully set forth in Doc. No. 200, its attachments, and in the Memorandum in Support, Defendants respectfully request this Court grant this motion.

3.     Defendants wish to further supplement the record in support of maintaining Doc. No. 200 and its exhibits under seal, for the same reasons.

WHEREFORE, Defendants respectfully request that this Court grant this Motion, maintain the attached exhibits under seal, and for such further relief this Court deems just and proper.

{01912410.DOCX;1}

/s/ Peter J. Dunne
Peter J. Dunne   #31482
Robert T. Plunkert  #62064
PITZER SNODGRASS, P.C.
Attorneys for Defendants City of Ferguson,
Missouri, Former Police Chief Thomas Jackson,
and Former Police Officer Darren Wilson
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
Email: dunne@pspclaw.com
Email: plunkert@pspclaw.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 16th day of June 2017, to be served by operation of the Court's electronic filing system upon the following:

Anthony D. Gray
319 North 4th Street, Suite 212
St. Louis, Missouri 63102
agray@johnsongraylaw.com
*Attorney for Plaintiff Michael Brown, Sr.*

Daryl D. Parks (pro hac vice)
Benjamin L. Crump (pro hac vice)
240 North Magnolia Drive
Tallahassee, Florida 32301
dparks@parkscrump.com
bcrump@parkscrump.com
*Attorneys for Plaintiff Lesley McSpadden*

Jasmine O. Rand (pro hac vice)
Rand Law, LLC
2525 Ponce de Leon Blvd., Suite 300
Miami, Florida 33134
jasminerand@parkscrump.com
*Attorney for Plaintiff Lesley McSpadden*

Ronald S. Sullivan, Jr. (pro hac vice)
6 Evertett Street, Suite 5116
Cambridge, Massachusetts 02138
prof.ron.sullivan@gmail.com
*Attorney for Plaintiff Lesley McSpadden*

Mr. Ronald A. Norwood
Mr. Apollo D. Carey
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
rnorwood@lewisrice.com
acarey@lewisrice.com
*Attorney for Defendant City of Ferguson*

Greg Kloeppel
9620 Lackland Road
St. Louis, Missouri 63114
gregkloeppel@kloeppellaw.com
*Co-Counsel for Defendant Darren Wilson*

/s/ Peter J. Dunne

2

{01912410.DOCX;1}