UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 6/19/2017     **Case No.** 4:15CV831 ERW

Brown et al. v. City of Ferguson et al.

**Judge** Honorable E. Richard Webber

**Court Reporter** D. Kriegshauser     **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Daryl Parks, Jasmine Rand, Ronald Sullivan

**Attorneys for Defendant(s)** Ronald Norwood, Peter Dunne, Robert Plunkert

**Parties present for** sealed telephone conference held.

Attorneys Present : _____

Proceedings commenced:   9:42 a.m.

Proceedings concluded:   9:56 a.m.