UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, SR., et al., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV00831 ERW |
| CITY OF FERGUSON, MISSOURI, et al., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order issued on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs Michael Brown, Sr. and Lesley McSpadden's Confidential Wrongful Death Settlement [ECF No. 200-1] is **APPROVED**.

**IT IS FURTHER ORDERED** that the amounts recovered shall be distributed between Plaintiffs and their attorneys as outlined in the settlement agreement.

**IT IS FURTHER ORDERED** that the settlement agreement shall be considered a closed record.

**IT IS FURTHER ORDERED** that all claims against Defendants are **DISMISSED**, **with prejudice**, each party to bear its own costs and attorneys' fees.

So Ordered this 20th Day of June, 2017.

_E. Richard Webber_
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE